IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, STATE OF FLORIDA
CIVIL DIVISION

DIANNA M. ALBRECHTSEN,            Case No.: 23-CA-000324

        Plaintiff,

vs.

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY,
a Foreign Profit Corporation

        Defendant.
_____/

## SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, DIANNA M. ALBRECHTSEN, by and through the undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.190(a), hereby sues the Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Profit Corporation and alleges as follows:

1. This is an action for damages which exceeds fifty thousand dollars ($50,000.00) exclusive of costs, interest and attorney's fees.

2. At the time of the subject incident, the Plaintiff, DIANNA M. ALBRECHTSEN, was and is a resident of Collier County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, was a foreign profit corporation licensed to do business and conducted substantial business in the State of Florida and has an agent or other representatives in Collier County, Florida, and therefore, venue lies in Collier County, Florida.

1

4. The subject motor vehicle collision event, giving rise to the causes of action stated herein, occurred in Collier County, Florida.

5. On or about December 4, 2020, Plaintiff, DIANNA M. ALBRECHTSEN, was a passenger in a 2019 Lexus motor vehicle, bearing Florida Tag Number 817EI and vehicle identification number 58ABZ1B15KU006242, owned and operated by Donna M. Severini-Schaeffer (hereinafter "the subject vehicle").

6. On or about December 4, 2020, Donna M. Severini-Schaeffer, drove the subject vehicle at or near Livingston Road in Collier County, Florida when the tortfeasor, Kayla M. Boney, negligently operated her 2007 Toyota motor vehicle, bearing Florida Tag Number PEYY52, so as to cause it to collide with the rear end of the subject vehicle, which was occupied by the Plaintiff.

7. As a direct and proximate result of the negligence of the tortfeasor, Kayla M. Boney, Plaintiff, DIANNA M. ALBRECHTSEN, sustained serious personal injuries, physical and mental pain and suffering, grief, anguish, inability to lead a normal life, and/or permanent aggravation of a pre-existing condition and further incurred hospital bills, medical bills, and other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, DIANNA M. ALBRECHTSEN, will suffer these losses in the future.

## COUNT I – PLAINTIFF DIANNA M. ALBRECHTSEN'S CLAIM AGAINST DEFENDANT, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, FOR UNINSURED/UNDERINSURED MOTORIST BENEFITS

8. Plaintiff, DIANNA M. ALBRECHTSEN, realleges and incorporates by reference, paragraphs 1 through 7 above as fully set forth herein.

9. Prior to the time of the motor vehicle collision, the Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, issued and delivered an Uninsured/Underinsured Motorist Insurance Policy to Donna M. Severini-Schaeffer and William Schaeffer Sr, protecting Plaintiff against losses and damages resulting from the negligence of

2

underinsured motorists. The Policy is identified as number 035989980R71014. A copy of the GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY policy declarations in effect as of the December 4, 2020, accident is attached hereto as **Exhibit "A"**.

10. The Policy, referenced as Exhibit "A," was in full force and effect at the time of the subject motor vehicle collision on December 4, 2020.

11. At all times material hereto, there was in full force and effect, a policy of insurance issued by Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, extending uninsured/underinsured motorist coverage to the Donna M. Severini-Schaeffer.

12. Under the terms of the insurance policy, Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, provided uninsured/underinsured motorist coverage for Plaintiff in the amount of three-hundred thousand dollars and no cents ($300,000.00).

13. At all times material hereto, tortfeasor, Kayla M. Boney, was an underinsured motorist as she carried liability insurance coverage with policy limits less than Plaintiff's total damages as a result of the subject incident.

14. Therefore, Plaintiff, DIANNA M. ALBRECHTSEN, is entitled to uninsured/underinsured motorist coverage through the Policy with the Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, as a result of the subject incident.

15. Under the Defendant PROPERTY AND CASUALTY INSURANCE COMPANY's insurance policy, the Plaintiff, DIANNA M. ALBRECHTSEN, is entitled to recover against the Defendant for Plaintiff's injuries, damages and losses set forth above, which were caused by the negligence of the underinsured/uninsured tortfeasor.

16. Plaintiff, DIANNA M. ALBRECHTSEN, has notified the Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, of the uninsured/underinsured motorist claim and has otherwise performed all conditions precedent to bringing this action.

WHEREFORE, Plaintiff, DIANNA M. ALBRECHTSEN, hereby demands judgement for damages, costs, and prejudgment interest from Defendant, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, DIANNA M. ALBRECHTSEN, herby demands trial by jury on all issues so triable as a matter of right.

DATE: April 13, 2023

THE SALAMEH LAW GROUP, P.A.
Attorneys for Plaintiff
2133 Winkler Avenue
Fort Myers, FL  33901
(239) 277-0087
adrian@thesalamehlawgroup.com
mark@thesalamehlawgroup.com
dakota@thesalamehlawgroup.com


By: /s/ *Adrian I. Medina*
MARK A. SALAMEH, Esq.
Florida Bar No. 693359
ADRIAN MEDINA, Esq.
Florida Bar No. 122419